**Opinion issued July 30, 2013**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-13-00529-CV

_____

### IN RE ACT METRO PROPERTIES, INC. AND
### TIMOTHY B. TEAS, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators ACT Metro Properties, Inc. and Timothy B. Teas have filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52.1. Relators request this Court to order the trial court to vacate its June 18, 2013 order compelling relators to respond to

certain discovery requests. <sup>*</sup>

We deny relators' petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

---

<sup>*</sup> The underlying case is *RE/MAX/Kemco Partnership, L.P. d/b/a RE/MAX of Texas v. Timothy B. Teas*, *ACT Metro Properties, Inc., and ACT Padre Island Homes, LLC*, cause number 2010–67557, pending in the 157th District Court of Harris County, Texas, the Honorable Randy Wilson, presiding.